THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ALFRED VINSON, Petitioner-Appellant.

(No. 58438; ▮▮▮▮▮▮▮▮)

First District (3rd Division)—December 6, 1973.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Alan David Eckstein, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.